IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:08-CV-197-D

| | | |
|---|---|---|
| EARL CLYDE KELLY, on behalf of himself and all others similarly situated, | ) ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | **ORDER** |
| GEORGIA-PACIFIC LLC, and GEORGIA PACIFIC WOOD PRODUCTS LLC, | ) ) ) ) ) | |
| Defendants. | ) | |

On May 19, 2010, defendants Georgia-Pacific LLC and Georgia-Pacific Wood Products LLC filed a stipulation consenting to the filing of plaintiff's proposed second amended complaint and to intervention by James and Teresa Wicker [D.E. 66]. Plaintiff's motion to amend and to intervene [D.E. 65] is GRANTED. Plaintiff shall file the second amended complaint not later than July 6, 2010. Defendants shall respond in accordance with the stipulation.

SO ORDERED. This __1__ day of July 2010.

JAMES C. DEVER III
United States District Judge