IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:08-CV-197-D

| | |
|---|---|
| EARL CLYDE KELLY, on behalf of himself and all others similarly situated, ) ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | **ORDER** |
| GEORGIA-PACIFIC LLC, and GEORGIA PACIFIC WOOD PRODUCTS LLC, ) ) ) ) | |
| Defendants. ) | |

On July 2, 2010, plaintiffs Earl Clyde Kelly, James Wicker, and Teresa Wicker filed a second amended complaint [D.E. 68, 69]. In light of the second amended complaint, defendants' motion to dismiss the amended complaint [D.E. 47] is DENIED as moot. The court will resolve defendants' motion to dismiss the second amended complaint in due course in accordance with the parties' May 19, 2010 stipulation [D.E. 66]. No additional briefing is needed.

SO ORDERED. This 6 day of July 2010.

JAMES C. DEVER III
United States District Judge